IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JAMES OTIS ATKINS,<br><br>        Plaintiff,<br>v.<br><br>DERMAL G. ADAMS, et al.,<br><br>        Defendants. | Case No.: 1:10-cv-00755 JLT<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. On August 3, 2011, the Court dismissed Plaintiff's Second Amended Complaint with leave to amend. (Doc. 24) On September 6, 2011, the Court granted Plaintiff's request for a 30-day extension of time to file his Third Amended Complaint. (Doc. 26) As a result, Plaintiff's Third Amended Complaint was due to be filed no later than October 11, 2011. However, Plaintiff has not filed the complaint.

Therefore, no later than February 3, 2012, Plaintiff is ordered to show cause why the matter should not be dismissed based upon his failure to prosecute this action. Plaintiff's failure to respond and show good cause for his failure to prosecute this action shall result in an order dismissing this case.

IT IS SO ORDERED.

Dated:  **January 18, 2012**                                    /s/ **Jennifer L. Thurston**
                                                                                                UNITED STATES MAGISTRATE JUDGE